In the United States District Court of Massachusetts

| AMANDA U. AJULUCHUKU, Plaintiff, Vs. Bank of America, Defendant | No: 1:04-CV-12585WGY <br> **Supplement to Complaint/Request for Login and Password for Electronic Case Filing** <br> Note on Motion Calendar <br> January 21, 2005 <br> Discrimination based upon disability, <br> Classified as "Other Civil Rights on the <br> U.S. District Court Cover Sheet |
|---|---|

To Chief Judge Young

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204
Las Vegas, NV 89121

January 3, 2005

Dear Chief Judge Young:

    I would like to supplement the complaint because I am now realizing that the United States District Court only handles lawsuits pertaining to violation of the Civil Rights Acts. In 2003 Bank of America froze and closed my accounts without my permission several times. I was deprived of food, especially on December 25, 2003 (Christmas). Boston was very cold. Additionally, they misplaced my check. As a matter of fact, they refunded me the money only to put a dent in my credit report. Consequently, I will not be able to open an account with any bank in America until the Court orders them to stop their discriminatory practices. Hence, Bank of America has violated my civil rights (Civil

1:MCV-12585LW64

Rights Act 1964 under 42 USC 2000 and the American Disability Act 12101 et seq. under 42 USC 12188). They preyed upon my disability. They are aware of my disability. I walk with a supporting device.

Your Honor, I would like to request your permission to be able to file court documents electronically. It would benefit all parties, especially the court. I am able to view documents electronically. I have the pacer login and password. However, I do not have the power of attorney to file my court documents electronically. I have several pending cases with United States District Court of Massachusetts (Bank of America, UHaul of Massachusetts, and University of Massachusetts).

Thank you, Your Honor. I pray that you would issue the summons to serve Bank of America for violating my civil rights.

Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM