```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

AMANDA AJULUCHUKU,
       Plaintiff,

    v.                              C.A. No.  04-12585-WGY

BANK OF AMERICA,
       Defendant.

## ORDER OF DISMISSAL

YOUNG, C.J.

    In accordance with the Memorandum and Order dated February 17, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                            BY THE COURT,

                                            /s/ Elizabeth Smith
                                            Deputy Clerk

Dated: February 17, 2005