```
                              FILED
                         IN CLERKS OFFICE

                         2005 FEB -4  P 2: 57

                         U.S. DISTRICT COURT
                         DISTRICT OF MASS.
```

*CA 04-12585 WGY*

In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>                              Plaintiff,<br>Vs.<br>Bank of America, Defendant | No.<br>Complaint<br>Discrimination based upon disability classified under 446 as "Other Civil Rights-Americans with Disabilities" on the Cover Sheet of the U.S. District Court.<br>Motion For Relief<br>Note on Calendar<br>February 25, 2005 |

To the Clerk of the Court

### A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204
Las Vegas, NV 89121
Phone (702) 505-5745

January 31, 2005

Bank of America (Fleet Bank)
71 Faunce Corner Road
North Dartmouth, MA 02740
Attention: Legal Department

## B). FACTS OF THE CASE (ALLEGATIONS)

1). In July 2003, I opened both a savings and a checking account with Fleet Bank in North Dartmouth, Massachusetts. Fleet Bank has now merged with Bank of America.

2). I did not have a job. However, I received unemployment checks from Washington, DC of $184.00 a week. I made a habit of depositing my check inside the Fleet Bank as opposed to via the ATM. Each time, I asked the teller for money out of my unemployment check. But the teller told me that she could not afford to give me the money due to the fact that it was an out of state check. She said that I would have to wait for about three to five days for the check to clear. However, she advised me to use the ATM as opposed to coming inside the bank. She said that the ATM would give me up to $100.00.

3). I took her advice. Whenever, I received my unemployment check, I would use the ATM. Each time, I withdrew up to $100.00.

4). In November 2003, I deposited a check of $200.00 into my account via a Fleet ATM in New Bedford. I was no longer living in North Dartmouth. I was on my way to Boston via New Bedford. As always, I took $100.00 out of the check. Before leaving for Boston, I rented a storage space in UHaul in New Bedford on November 27, 2003. I used my Capital One Credit card to pay for the storage.

5). When I got to Boston, I tried to get money out of the ATM, Fleet Bank had deliberately frozen all my accounts.

6). In early December 2003, I returned to New Bedford to get some things from my storage. I also returned to North Dartmouth to learn why they had frozen my accounts. I fell several times due to the fact that they had frozen my accounts. I was suffering from panic and anxiety attacks, severe dizzy spells, headaches, and cold chills. Fleet Bank was aware of my disability. They saw me fall. None of them lifted a finger to help me. They did not ask if I was all right. Then, I met with the manager. I explained that I had deposited a check of $200.00. He told me that they did not see the check. However, he refunded the amount to my account.

7). Afterwards, I returned to Boston. When I tried to conduct a transaction online at Boston University, I mistakenly put my checking account. I had to go to the nearest Fleet Bank to stop the transaction. Fortunately, there was a full service Fleet Bank at Boston University. I met with the manager and assistant manager of the Fleet Bank. They put a stop on the transaction. However, both suggested that I close the account for fear that the online transaction might present my checking account number in six months because the stop was only good for six months. Again, I followed the Banker's advice. I closed the North Dartmouth account. At the same time, I reopened another account with Fleet Bank at Boston University/Andover, Massachusetts.

8). It made sense because I was in Boston to attend law school in Andover, close to Boston. I would return to UHAUL in New Bedford to retrieve my belongings once I found an apartment in Boston. I had a Capital card with UHAUL. Once, the manager and assistant manager of UHAUL told me that my credit card paid me through April 2004. The next time, I telephoned them, I was told that my credit card was declined. I had to send the manager and assistant manager a money order from Fleet Bank in Andover in the amount of 54.00 to cover the rent from December 27, 2003 through January 27, 2004. Two weeks later, I telephoned them to find out if they had received

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM

my money order, both said that they had not received the money order. I was deeply worried. I did not want my belongings to be sold off at an auction.

9). <u>Within days, the Fleet Bank in North Dartmouth closed all my accounts with the Fleet Bank at Boston University/Andover. They were unstoppable. Again, they froze all my accounts. Additionally, they paid the online transaction. Even though, I had placed a stop payment. In doing so, I suffered hunger. I was homeless, jobless, and penniless in Boston. Fleet Bank deprived me of food during Christmas 2003. I suffered panic and anxiety attacks. I was unable to use my ATM card. Hence, my blood pressure rose to alarming heights. It took about three days before they put the money back on my account.</u>

10) On December 28, 2003, I met my fiancé in Boston. He took a leave from his Department of Defense job in Bremerton, Washington to visit his ailing mother. On January 1, 2004, he proposed marriage. On January 7, 2004, he flew me from Boston to Washington for marriage. He begged me to continue law school in Washington State. I agreed. Boston is a very cold city. Plus, it was hard securing an apartment due to my bankruptcy. While in Boston, I stayed in several hotels. Hotels do not mind a bankruptcy record. Most importantly, I love hotels because they provide maid service and heat all year round. I am disabled.

11). On January 10, 2004, I closed my Fleet Bank accounts. Afterwards, I opened both a checking and savings account with Washington Mutual. A week later, Fleet Bank sent me a refund in the amount of $18.00 from my two accounts

12). A week later, the manager of UHAUL said that they had received the Fleet money order that I had sent in late December 2003. Apparently, it took more than three weeks for the check to travel from Boston to New Bedford. On January 7, 2004, I tried to retrieve several of my belongings from the storage, the manager would not allow me to take anything from the storage until I paid more money.

13). Recently, I learned from Washington Mutual that Bank of America has put a dent on my Chex systems. I even tried to open an account with another bank. They closed it because they discovered the dent.

14). In July 2004, I received a letter from Bank of America demanding that I pay them the $200.00. I did not realize that Bank of America had merged with Fleet Bank. I do not owe Bank of America. I do not owe Fleet Bank. They intentionally misplaced my check. And they refunded me the money. When I closed my accounts in January 2004, Fleet Bank refunded me about $18.00.

15). I would like to use the proceeds from this lawsuit to cater to the needs of the under-privileged children globally, pay for law school, and my son's education. In July, 2004, I donated many of my belongings in the UHAUL storage to the under-privileged children in Massachusetts. In the past, I have donated many of my belongings to the under-privileged children in California and Maryland.

### C). DISCRIMINATION

1). According to Black Law's Dictionary, edited by Byran A. Garner, Discrimination is the effect of a law or established practice that confers privileges on a certain class or denies privileges to a certain class because of race, age, sex, nationality, religion or handicap. State laws provide further protection against protection. Differential treatment especially a failure to treat all persons equally when no reasonable distinction

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM

can be found between the favored and those not favored. <u>Invidious discrimination</u> is based upon prejudice or stereotyping.

2). Bank of America (Fleet Bank) preyed upon my disability. They were aware of it. I told them.

### D). DISABILITY

1). "Physical disability is an incapacity caused by a physical defect, bodily imperfect or mental weakness." "An individual with a disability is defined by the ADA as a person who has a <u>physical</u> or mental <u>impairment</u> that substantially limits one or more major life activities, a person who has <u>a history of record of such an impairment,</u> or a person who is perceived by others as having such an impairment. The ADA does not specifically name all of the impairments that are covered.

2). When I was a baby, I fell down a flight of stairs. I injured my brain in the process. As a consequence, <u>I lack motor skills.</u> <u>Playing the piano</u> at the age of six <u>rewired my brain</u> and accorded me <u>minimal motor skills</u>. Dizziness and fainting spells are symptoms of my disability. I have a record of disability with Dr. Mark Schwartz. I have received disability benefits from the State of California and Provident Life Insurance. The State of California issued me a permanent disabled placard for driving.

### E). LIABILITY

1). <u>I am entitled to relief under the American Disability Act 12101 et seq. and Civil Right Act 1964.</u>

### F). MENTAL OR EMOTIONAL DISTRESS

1). "Mental or emotional distress is a highly mental unpleasant mental reaction such as anguish, grief, fright, humiliation, dizziness, fainting spells, memory loss, embarrassment, anger, chagrin, worry, disappointment, or fury that results from another person's conduct. Again, I am quoting from Black Law's Dictionary. Mental distress constitutes emotion pain and suffering. On May 14, 2004 and May 19, 2004, I suffered all of the above. Hence, I listed them in my complaint. "When mental distress is extreme, there is liability."

2). <u>I suffered high blood pressure, panic attacks, anxiety, hunger, thirst, disappointment, frustration, anger, dizziness, fainting spells (seizures), and memory loss.</u>

### G). PRAYER FOR RELIEF

I would like the court to do something. Please do not condone the discrimination based upon color and disability from Bank of America. They deprived me of food during Christmas 2003. I was hungry. I suffered panic and anxiety attacks. My blood pressure rose to alarming heights. I had cold chills. Boston was very cold. I do not owe a dime. I do not owe Bank of America. I do not owe Fleet Bank. They intentionally misplaced my check. They refunded me the money. When I closed my accounts in January 2004, Fleet Bank refunded me some money. Due to their discrimination, I cannot open an account with any bank. I cannot reopen my account with Washington Mutual due to the dent that Bank of America has levied on my Chexsystems. Another bank closed my account once they learned about it. Fleet Bank is discriminating against me mainly due to my disability. America is a great country because of the diversity of her people. As a disabled person, I also have a voice. I pray that my voice will be heard today. I have been singled out for a reason. I would like to think it is because I have the capacity to speak on behalf of all disabled persons. Hundred years from now, I pray that America

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204
Las Vegas, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM

would lead the world in shaping the minds of wrongdoers. We as a nation have the capability to rise above evil, stereotypes, and hate crimes. In doing so, we have come to do what God has put on earth to do. Honesty is the best policy. I have told the truth. I know that when I leave this earth, my conscience will be clear. Please remember that "America is a free country for all" (President Jefferson, 1776). "I have a dream that one day everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King Jr. 1968). According to the American Disability Act 12101 et seq. under 42 USC 12188, I am entitled to relief. According to the Civil Rights Act 1964 under 42 USC 2000, I am also entitled to relief. Finally, according to the Slander and Libel Act RSO 1990, I am entitled to relief. Bank of America has violated all my rights under these Acts. They have slandered and libeled my name and social security number in the Chex Systems and Credit bureau nationwide, if not worldwide. Granting me $5,000,000,000.00 (five billion dollars) as compensatory and punitive damages is a matter of law.

**Amanda U. Ajuluchuku (Pro Se)**

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF ~~NEW~~ Massachusetts

Ajuluchuku, Amaka

v.

Bank of America

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

---

I, Amaka U. Ajuluchuku, declare that I am the (check appropriate box)

[X] petitioner/plaintiff         [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent defendant        [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [ ]  No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.   6/25/04   $480/month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [X]  No [ ]
   b. Rent payments, interest or dividends?                     Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?           Yes [ ]  No [X]
   d. Gifts or inheritances?                                    Yes [ ]  No [X]
   e. Any other sources?                                        Yes [ ]  No [X]

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*Temporary Work — $1,085 in 12 months*

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐ No ☒ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bond, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐ No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent on you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

*My son. He attends college in [Mansfield].*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/1/05__
         (Date)                                    Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where his is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____ I further certify that during the last six months the applicant's average balance was $_____

_____
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge or    Date <br> Magistrate Judge |

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Amanda U. Ajuluchku

**DEFENDANTS**
Bank of America

FILED
2005 FEB -4 P 2:57

(b) County of Residence of First Listed Plaintiff: Clark
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Bristol
(IN U.S. PLAINTIFF CASES ONLY)

U.S. DISTRICT COURT
DISTRICT OF MASS

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Amanda U. Ajuluchku
4240 Boulder Hwy #3204
Las Vegas, NV 89121

Attorneys (If Known): N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Violation of ADA
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 25,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 2/1/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____